IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS,
ABILENE DIVISION

| | | |
|---|---|---|
| IREAL SCOTT and ANNIE SCOTT,<br>Plaintiffs, | § § § | |
| V. | § § | Civil Action No. 1:17-CV-0159-BL |
| CELAL KIZILTAN and HAZEL<br>TRANSPORTATION, INC.,<br>Defendants. | § § § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the above entitled and numbered cause, and the Court after consideration of the pleadings on file, argument of counsel, and the evidence presented, finds that it has jurisdiction over the parties and subject matter of this cause, and that this cause should be dismissed with prejudice.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED** that all causes of action which Plaintiffs have or may claim to have against Defendants are dismissed with prejudice to the refiling of same.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of court be taxed against the party incurring same.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all relief not granted herein for or against every party to this cause is denied.

SIGNED this 1st day of November 2018.

_____
JUDGE PRESIDING

AGREED:

_____
Katie Banks
Joshua Hilbe
Chad Pinkerton
**ATTORNEYS FOR PLAINTIFFS**

_____
DREW T. PETERS
**ATTORNEY FOR DEFENDANTS**